# Court of Appeals
# of the State of Georgia

ATLANTA,     April 02, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0867. A15A0877. COURSON et al. v. COLUMBIA NATIONAL INSURANCE CO., and vice versa.

Columbia National Insurance Company ("Columbia") has moved to withdraw its appeal in Case No. A15A0877, which is the cross-appeal to Case No. A15A0867. In its motion, Columbia represents that "[t]he underlying matter has been fully and finally resolved and settled." Timothy Courson and Suzanne Courson, the appellants in Case No. A15A0867, have not moved to withdraw their appeal. However, they have failed to file an appellants' brief notwithstanding that Case No. A15A0867 was docketed on January 5, 2015, and their appellants' brief was due January 25, 2015. Court of Appeals Rule 23 (a). The Coursons' failure to file their brief within that time may result in the dismissal of the appeal, id., and their failure to pursue the appeal is consistent with Columbia's representation that the underlying dispute has been settled.

Given all of the foregoing, the appeal in Case No. A15A0867 is DISMISSED. Columbia's motion to withdraw the appeal in Case No. A15A0877 is GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*     04/02/2015
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*